UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-41112 |
|---|---|
|    CARLA JO YOUNG | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4014698**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/ 52 | REGIONAL PATHOLOGY<br>BOX 713084<br>COLUMBUS, OH  43271 | 1.73 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/11/2010

Certificate of Service          04-41112

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

CARLA JO YOUNG
314 PRENTICE DRIVE
NEW CARLISLE, OH  45344

HAROLD W WAMPLER I I I
1343 WOODMAN DR
STE B
DAYTON, OH  45432

(64.1n)
ATTY GENERAL STATE OF OHIO
% REBECCA DAUM
30 E BROAD ST 23RD FL
COLUMBUS, OH  43215

(52.1)
REGIONAL PATHOLOGY
BOX 713084
COLUMBUS, OH  43271

(63.1n)
STEVEN KATCHMAN
137 N MAIN ST
SUITE 610
DAYTON, OH  45402

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner          sv